UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| JAMES DEAN PAYTON,<br><br>    Plaintiff,<br>v.<br><br>GLA COLLECTION COMPANY, INC,<br><br>    Defendant. | Case No: 4:16-cv-00177-SEB-TAB<br><br>Honorable Judge Sarah E. Barker |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, JAMES DEAN PAYTON ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court his Agreed Stipulation of Dismissal with Prejudice  and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

DISTRIBUTION:

Dated:  9/15/2017

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Nathan C. Volheim
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 250
Lombard, IL 60148
(630) 575-8181
nvolheim@sulaimanlaw.com

William E. Smith, III
Knightlinger & Gray, LLC
Bonterra Building Suite 200
3620 Blackiston Boulevard
New Albany, IN 47150
(812) 949-2300
wsmith@k-glaw.com